IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14 po 02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WALTER HENRY STANCIL, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THE MATTER** has come before the undersigned as the result of an examination of the calendar for September 30, 2014 for this Court. The above entitled matter was originally set for trial for September 30, 2014 at 2:00 p.m. Due to a change in the calendar, this matter will be now be set for trial for September 30, 2014 at 9:30 a.m.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the above entitled matter is now set for hearing for **September 30, 2014 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, North Carolina.

Signed: September 23, 2014

Dennis L. Howell
United States Magistrate Judge

1