# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Walter Henry Stancil

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number:   2:14-po-00002

Allyn Stockton , Jr.
Defendant's Attorney

**THE DEFENDANT:**

☐      pleaded guilty to count(s)
☐      pleaded guilty to violation(s)
☒      pleaded not guilty to count(s) <u>1</u>
☐      pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 261.9(b) | Remove property of the United States | 12/07/12 | 1 |

☐      Counts(s) <u>Enter Counts</u> (is)(are) dismissed on the motion of the United States.
☐      Violation Notice(s) <u>Enter Counts</u> (is)(are) dismissed on the motion of the United States.
☐      Found not guilty as to: <u>Enter Counts</u>

**IMPOSITION OF SENTENCE:** That the defendant be imprisoned for FIFTEEN (15) DAYS with credit for time served. Defendant is allowed to self report when notified by the United States Marshal.

Assessment in the amount of $10 due October 30, 2014.

Date of Imposition of Sentence:  9/30/2014

Signed: September 30, 2014

Dennis L. Howell
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows: _____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

By _____

United States Deputy Marshal